# United States Court of Appeals
## For the First Circuit

Nos. 23-1964
25-1020

UNITED STATES,

Appellee,

v.

FÉLIX VERDEJO-SÁNCHEZ,

Defendant - Appellant.

### ORDER OF COURT

Entered: April 22, 2025

Once again, we are called upon to adjudicate multiple motions, several of them filed pro se, in this consolidated direct criminal appeal. First, defendant's counsel's motion to withdraw is granted; new counsel shall be appointed. Second, defendant's pro se motions for removal of defense counsel and to stay the briefing schedule are denied as moot. Third, defendant's other motions to invoke the supervisory power of this court and for summary judgment of indictment -- filed pro se despite being represented by counsel -- are denied without prejudice to assertion of any relevant argument in defendant's brief; defendant is again reminded that he is represented by counsel and should proceed through counsel. Fourth, the government's motions are denied as moot. Finally, the present briefing schedule is vacated and a new briefing schedule shall be entered after appointment of new counsel.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Ignacio Fernández-De-Lahongrais, Félix Verdejo-Sánchez, Mariana E. Bauzá Almonte, Jeanette M. Collazo-Ortiz, Jonathan L. Gottfried, Gregory Bennett Conner, Ricardo A. Imbert-Fernandez, Edwin Prado-Galarza